CLYDE H. SANFORD et al., Doing Business under the Firm Name of STEVENS & SANFORD, Respondents, *v.* GLOBE BREWING COMPANY, Appellant.

(Argued May 22, 1936; decided June 5, 1936.)

*William R. Goldbas* for appellant.

*Richard P. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.